IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ABDALLA KONDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17-00804-CV-W-ODS |
| | ) | |
| THUC JUACH, JR., | ) | |
| d/b/a Juach Transportation Services, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

During the pretrial conference on April 25, 2019, Plaintiff requested (1) an extension of certain deadlines, (2) an Order of default judgment be entered against Juach Transportation Services, and (3) modifying the trial in this matter.

Plaintiff requests an extension of the parties' deadlines listed under paragraph twelve of the Scheduling and Trial Order (Doc. #20, at 4-6). The Court grants the request. The parties shall file their stipulation of uncontroverted facts, stipulations as to foundation and admissibility of exhibits, witness lists, and exhibit lists by no later than 11:59 p.m. on May 3, 2019.

Plaintiff also requested the Court find Juach Transportation Services to be in default. Juach Transportation Services failed to file an answer or otherwise respond to Plaintiff's Complaint, and it is not represented in the matter. The Court finds Juach Transportation Services in default. The Court will take up the issue on damages regarding Juach Transportation Services during trial.

The parties informed the Court that they would like to modify the trial from a jury-tried case to a bench-tried case. The record shall reflect that the parties have waived rights to a jury trial. The bench trial in this matter will commence at 8:30 a.m. on June 17, 2019.

IT IS SO ORDERED.

DATE: April 29, 2019

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT